IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:18-CV-262-K |
| | § | |
| ETHEARIUS OKIETH MOORE (01) | § | |
| Defendant. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that Moore's Motion for Early Release (Doc. No. 52) is DENIED for failure to exhaust administrative remedies. motion to proceed *in forma pauperis* is also **DENIED**. Further Moore's Request for Home Confinement (Doc. No. 56), is also DENIED.

SO ORDERED.

Signed April 30th, 2020.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE